KATHLEEN BLISS
Nevada Bar No. 7606
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789

Attorney for the Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 2:14-cr-269-APG-PAL |
| Plaintiff, | **DEFENDANT'S UNOPPOSED EMERGENCY MOTION TO SEAL AND ORDER** |
| vs. | |
| MYONG HO PAK, | |
| Defendant. | |

Defendant Myong Ho Pak ("defendant" or "Mr. Pak") by and through his attorney of record, Kathleen Bliss, Esq., hereby submits this unopposed emergency motion to seal the exhibits submitted with his sentencing memorandum.

/ / /

/ / /

/ / /

/ / /

/ / /

4829-8222-5952.1

This memorandum is based upon the following points and authorities, the local rules of practice, and all pleadings and papers on file herein.

DATED this 4th day of December 2014

LEWIS BRISBOIS BISGAARD & SMITH LLP

By      /s/ *Kathleen Bliss*
KATHLEEN BLISS
Nevada Bar No. 7606
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383

Attorney for the Defendant

## I. Background

On December 4, 2014, defendant submitted his sentencing memorandum in support of his upcoming sentencing hearing. *See* ECF no. 13. Exhibit B to the memorandum contains copies of IRS 1040 forms which contain the Social Security numbers of both Mr. Pak and his wife, Tai Sun. *Id.*, Exhibit B. Exhibits B, C, and D also contain copies of checks which list the defendant's bank account routing number. *Id.*

## II. Argument

The un-redacted versions of Exhibits B, C, and D were errantly filed, and the defendant requests that they be sealed immediately. Undersigned counsel has conferred with AUSA Nicholas Dickinson, and Mr. Dickinson does not oppose this motion. In addition, the undersigned has already provided the government with these exhibits. This motion is being filed on an emergency basis because the exhibits contain sensitive personal identifying information of both the defendant and his wife, and that information is public record as of this moment. Defendant respectfully requests that the Court enter an order sealing the exhibits attached to his sentencing memorandum.

Dated this 4th day of December 2014

Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

## ORDER

IT IS SO ORDERED.
Dated: December 4, 2014.

_____
UNITED STATES DISTRICT JUDGE

By: */s/ Kathleen Bliss*
Kathleen Bliss
Nevada Bar No. 7606
Lewis Brisbois Bisgaard & Smith LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118

Attorney for the defendant

4829-8222-5952.1